THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARMINE VIGNOLA, Appellant.— Motion for enlargement of time to perfect and argue appeal denied. This decision is made as a matter of law and not as a matter of discretion. (*People* v. *Dryer*, 227 App. Div. 629.) Lazansky, P. J., Young and Seeger, JJ., concur; Rich and Scudder, JJ., dissent.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. A. HENRY MOTLEY, Appellant, v. JOHN ZIVALY or Any Other Person Having Custody of A. HENRY MOTLEY, Respondent.— Motion for reargument granted, and upon reargument order granting substitution of attorneys upon terms modified so as to provide that the former attorney be granted leave to withdraw his brief and that he have a lien on the papers in his possession belonging to the relator for the sum of $250, to be paid to him upon the turning over of such papers to appellant. Kapper, Hagarty, Seeger and Carswell, JJ., concur; Lazansky, P. J., dissents.

JOHN W. RICHARDSON, Respondent, v. COURTSITE CORPORATION, Appellant, Impleaded with WILLIAM G. KLEIN and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

JOHN W. RICHARDSON, Respondent, v. COURTSITE CORPORATION, Appellant, Impleaded with WILLIAM G. KLEIN and Others, Defendants.— In view of the decision of *Richardson* v. *Courtsite Corp.* (*ante*, p. 800), decided herewith, this motion for a stay is denied. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

MAX ROSEN, Appellant, v. LEVI ROKEACH and JACOB ROSEN, Individually and as Chairman of the Board of Directors and President, Respectively, of the COMMUNITY LOAN SYSTEM, INC., and Another, Respondents.— Motion for an order granting plaintiff an extension of time to serve his complaint until ten days after determination of his appeal herein granted. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

HENRY SEIBERT, Respondent, v. FRANK PALAGONIA and LOUIS CURTI, Appellants.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

MOLLY SHERMAN, Appellant, v. JACOB SHERMAN, Respondent.— Motion for stay denied. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

STEEL-CRETE HOMES CO., INC., Appellant, v. ROSETH REALTY CO., INC., and Others, Defendants, and FIOR PELLEGRINO, Respondent.— Motion to stay defendant Pellegrino from conveying, mortgaging or leasing the premises described in the complaint herein until the hearing and determination of this appeal granted. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

DAVID TENENBAUM, Trading as ABORN SHIRT MANUFACTURING COMPANY, and TANEN SHIRT MANUFACTURING COMPANY, Appellants, v. HARTFORD FIRE INSURANCE COMPANY and Others, Respondents.— Motion for additional time to perfect and argue appeal granted upon condition that appellants perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.